**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **JUANITA JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 1:18-cv-05496-SCJ** |
| | ) |
| **ACCOUNT MANAGEMENT** | ) |
| **RESOURCES,** | ) |
| **Defendant.** | ) |
| | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal with prejudice and without cost to either party.


/s/ Kirsten H. Smith

Kirsten H. Smith, Esq.
Sessions, Fishman, Nathan & Isreal, LLP
3850 North Causeway Blvd.,  Suite 200
Metairie, LA 70002-7227
Phone: 504-846-7943
Email: ksmith@sessions.legal
Attorney for the Defendant

Date: February 8, 2019

/s/ Dennis Robert Kurz

Dennis Robert Kurz, Esq.
Kurz Law Group, LLC
Building 17, Suite 200
1640 Powers Ferry Rd., SE
Marietta, GA 30067
Phone: 404-805-2494
Fax: 855-438-5879.
Email: dennis@kurzlawgroup.com
Attorney for Plaintiff

Date: February 8, 2019


BY THE COURT:

_____

J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 5th day of February, 2019:


Kirsten H. Smith, Esq.
Sessions, Fishman, Nathan & Isreal, LLP
3850 North Causeway Blvd.,  Suite 200
Metairie, LA 70002-7227
Phone: 504-846-7943
Email: ksmith@sessions.legal
Attorney for the Defendant

*/s/ Dennis Robert Kurz*
Dennis Robert Kurz, Esq.
Kurz Law Group, LLC
Building 17, Suite 200
1640 Powers Ferry Rd., SE
Marietta, GA 30067
Phone: 404-805-2494
Fax: 855-438-5879.
Email: dennis@kurzlawgroup.com
Attorney for the Plaintiff
